U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

Signed July 06, 2010

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 09-70519-HDH-13 |
| BRANDON RAY JONES | HEARING DATE: 7/21/2010 |
| FAWN NICOLE JONES | HEARING TIME: 10:00am |

**ORDER APPROVING  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

On this day came on to be heard the Trustee's Recommendation Concerning Claims and Plan Modification (if required) (TRCC).  It appears to the Court that due notice has been given to all creditors, Debtor(s) and Debtor's counsel, if any, and the TRCC complies with Bankruptcy Rule 3007, General Order 2009-03, and the confirmed plan in this case.

IT IS THEREFORE ORDERED, that treatment as indicated in the TRCC shall commence the month following the hearing date referenced above, and

IT IS THEREFORE ORDERED, that the objection to creditor claims in Section I and II shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that the creditor claims and treatment in Section III shall be allowed as indicated in the TRCC, and

IT IS THEREFORE ORDERED, that pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2009-03 Section 8, the Trustee's Modification of Debtor's(s') Confirmed Plan, shall be approved as follows:

> Army Emergeny Relief shall be allowed an a timely filed general unsecured claim in the amount of $2,002.14.
> The priority claim filed by Oklahoma Centralized Support for $5,165.42 shall be paid through the plan over 60 months with a payment of $101.28 per month.
> Debtor shall pay $633 per month beginning November 2009 for 9 months; then Debtor shall pay $745 per month beginning August 2010 for the remaining 51 months for a total plan base amount of $43,692.00.

### End of Order ###

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee