


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed August 16, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| Brandon Ray Jones | § CASE NO. 09-70519-HdH-13 |
| AND | § |
| Fawn Nicole Jones | § |
| DEBTOR(S) | § |

ORDER MODIFYING CLAIM OF
Oklahoma Child Support Services (Claim #18-1)

On this day came on to be heard Debtor's Objection to Claim of Oklahoma Child Support Services. After reviewing the pleadings and/or hearing arguments of counsel, the Court finds the claim of Oklahoma Child Support Services for $5,165.42 should be modified to the correct amount of $246.81.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED that the claim of Oklahoma Child Support Services for $5,165.42 filed in the above-entitled matter is modified to the proper amount of $246.81.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White, Attorney for Debtor(s)
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com