Cavalry Portfolio Services, LLC     500 Summit Lake Dr Suite # 400
                                    Valhalla, New York 10595
                                    Phone: (914) 347-3440
                                    Fax: (914) 347-1973



**April 05, 2011**

**US Bankruptcy Court**
**Northern District of Texas**

**Debtor's Name:** JONES;BRANDON R
**Case Number:** 0970519

### NOTICE OF CREDITOR'S ADDRESS CHANGE

The following Mailing/Payment address        Cavalry Portfolio Services
is no longer available:                      7 Skyline Dr 3rd Floor
                                             Hawthorne, New York 10532

**New Payment/ Notices Mailing Address**:    Cavalry Portfolio Services
                                             500 Summit Lake Dr Suite #400
                                             Valhalla, New York 10595

**/s/Steven Habina**
**/s/ Luisa Leo**
Luisa Leo
Bankruptcy Specialist
Phone # 800 501 0909 Ext 13457
Fax # 914-347-1973