Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock  TX  79424
(806) 748-1980 Phone
(806) 748-1956 Fax

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

BRANDON RAY JONES                                      CASE NO.:        09-70519-HDH-13

FAWN NICOLE JONES                                      DATED:           December, 05 2013

DEBTOR(S)

---

## NOTICE OF INTENT TO DISBURSE EXCESS 2012 TAX REFUND TO CREDITORS AND RAISE DEBTORS PLAN BASE

---

   Notice is hereby given that the Trustee has received Debtor's 2012 income tax return showing a refund in the amount of $3,002.00.  The Debtor is allowed to retain $2,000.00 due to General Order 2010-01.

   Unless a timely objection is filed with the Court, the Trustee will pay the remaining amount of $1,002.00 pro rata to the allowed unsecured creditors; raise the Debtor's plan base and the unsecured creditors' pool by that same amount, less Trustee's fees.

### Notice of Hearing And Pre-hearing Conference

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 1/16/2014 AT 10:00 CONCERNING THE TRUSTEE'S NOTICE OF INTENT TO DISBURSE EXCESS 2012 TAX REFUND TO CREDITORS AND RAISE DEBTOR'S PLAN BASE AT THE FOLLOWING LOCATION:

     LIVE:  US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE.  IF NO OBJECTION IS FILED, THE TRUSTEE WILL ACT AS STATED ABOVE.

### Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE OF INTENT TO DISBURSE EXCESS 2012 TAX REFUND TO CREDITORS AND RAISE DEBTORS PLAN BASE was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on December, 05 2013.

BRANDON RAY JONES & FAWN NICOLE JONES 1336 FAIRWAY TERRACE  CLOVIS NM 88101

INTERNAL REVENUE SERVICE  PO BOX 7346  PHILADELPHIA PA 19101

MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301

WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242

GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131

ASSISTANT ATTORNEY GENERAL C/O SHELLY M HORTON 4630 50TH STREET SUITE 300 LUBBOCK TX 79414

BARRETT DAFFIN FRAPPIER TURNER & ENGEL LLP 1900 ST JAMES PLACE SUITE 500 HOUSTON TX 77056

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee